UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK JONATHON GOSSETT,

          Petitioner,

v.

BERNARD WERNER,

          Respondent.

CASE NO. C15-5515 BHS

ORDER

THIS MATTER is before the Court on pro se petitioner Mark Gossett's motion for leave to appeal *in forma pauperis*, Dk. 26, referred to this Court by the Ninth Circuit. Gossett apparently filed there an application for permission to file a second or successive habeas corpus petition. Dkt. 25.

Gossett's submittal reflects that he has no income and no assets, and a *de minimus* balance in his prison trust account. Dkt. 26 at 2–3.

Gossett's application to proceed *in forma pauperis*, Dkt. 26, is therefore **GRANTED**.

//

/

ORDER - 1

**IT IS SO ORDERED**.

Dated this 2nd day of April, 2025.

BENJAMIN H. SETTLE
United States District Judge